IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARKS & SOKOLOV, LLC

      v.                      C.A. NO. 13-3152

SHAHROKH MIRESKANDARI and
PAUL BAXENDALE-WALKER

### **ORDER**

AND NOW, this 27th day of July, 2015, upon consideration of plaintiff's motion to hold defendant Paul Baxendale-Walker in contempt and for sanctions, and all responses and replies thereto, It is hereby ORDERED that the motion [Doc. 62] is GRANTED and defendant Paul Baxendale-Walker is:

1. Found by the Court to be in contempt of this Court's March 11, 2015 Order [ECF 50].

2. ORDERED to pay attorney's fees and costs of $10,000 to Plaintiff within ten (10) days of the date of this Order; and

3) ORDERED to provide "full, complete and verified responses" to Plaintiff's Discovery without objection, within ten (10) days of this Order. In the event defendant Paul Baxendale-Walker does not comply with this Order, he is fined $250 per day until "full, complete, and verified" responses, without objection, are made.

4) The Court will not entertain a motion to stay this Order.

                                        BY THE COURT:

                                        **/s/ Jeffrey L. Schmehl**
                                        JEFFREY L. SCHMEHL, J.