IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARKS & SOKOLOV, LLC

v.                                                      C.A. NO. 13-3152

SHAHROKH MIRESKANDARI and
PAUL BAXENDALE-WALKER

FILED
DEC 7 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 7th day of December, 2015, upon conducting an *in camera* review of a list containing 12 emails from defendant Paul Baxendale-Walker to the Chartwell Law Offices, LLP from January 1, 2015 through April 20, 2015, it is hereby ORDERED that:

1. The law firm of Obermayer, Rebmann, Maxwell and Hippel, P.C. shall, within 5 days of the date of this Order, turn over to plaintiff's counsel the list containing the 12 emails that Obermayer submitted to the Court for *in camera* review during the oral argument on October 29, 2015.

2. Plaintiff shall have a period of 10 days after receiving the list to supplement its response to defendant Paul Baxendale-Walker's pending motion to reconsider and/or vacate the Court's July 29, 2015 contempt Order (Doc. 90).

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.