**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Marks & Sokolov, LLC**<br>                    Plaintiff<br><br>v.<br><br>**Shahrokh Mireskandari**<br>**and**<br>**Paul Baxendale-Walker**<br>                    Defendants | **Civil Action No. 2:13-cv-03152** |

**<u>ORDER</u>**

AND NOW, this  10th  day of May, 2016, following the remand of this matter from the United States Court of Appeals for the Third Circuit for the limited purpose of determining whether this Court has subject matter jurisdiction over this matter, the Court finds that it has subject matter jurisdiction over this matter under the diversity statute, 28 U.S.C. § 1332(a)(2).

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
JEFFERY L. SCHMEHL, J.