IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARKS & SOKOLOV, LLC

V.            C.A. NO. 13-3152

SHAHROKH MIRESKANDARI,
PAUL BAXENDALE-WALKER

## ORDER

AND NOW, this 6th day of October, 2016, upon consideration of defendant Paul Baxendale-Walker's motion for reconsideration and/or to vacate the Court's July 29, 2015 contempt Order, and all responses and replies thereto, it is hereby ORDERED that the motion [Doc. 90] is DENIED.

BY THE COURT:

*s/s* ***JEFFREY L. SCHMEH***
JEFFERY L. SCHMEHL, J.