IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Marks & Sokolov, LLC<br>Plaintiff<br><br>v.<br><br>Shahrokh Mireskandari<br>and<br>Paul Baxendale-Walker<br>Defendants | Civil Action No. 2:13-cv-03152<br><br>FILED<br>NOV 06 2017<br>KATE BARKMAN, Clerk<br>By _____ Dep. Clerk |

### ORDER

AND NOW, 6th this day of Nov. 2017, upon consideration of Plaintiff's Motion to Compel Defendant Paul Baxendale-Walker to respond to Plaintiff's Second Request for Production of Documents in Aid of Execution (**ECF 91**), and any response thereto, it is hereby ORDERED that Plaintiff's Motion is GRANTED, and Defendant Paul Baxendale-Walker shall provide full and complete responses within five (5) days from the date of this Order or suffer sanctions upon imposition of the Court, and upon good cause shown.

JEFFREY L. SCHMEHL, J.