IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Marks & Sokolov, LLC<br>　　　　　Plaintiff<br>v.<br><br>Shahrokh Mireskandari and<br>Paul Baxendale-Walker<br>　　　　　Defendants | Civil Action No. 2:13-cv-03152<br><br>FILED<br>NOV 06 2017<br>KATE BARKMAN, Clerk<br>By_____ Dep. Clerk |
|---|---|

## ORDER

AND NOW, this 6th day of Nov. 2017, upon consideration of Plaintiff Marks & Sokolov, LLC's Motion (**ECF 108**) to hold Defendant Paul Baxendale-Walker in contempt for violation of the July 27, 2015 Contempt Order, (ECF 87), and for further sanctions, it is hereby ORDERED that the motion is GRANTED and Defendant Paul Baxendale-Walker is in contempt of the July 29, 2015 Contempt Order (ECF 87).

It is further ORDERED that a warrant is directed to be issued for the arrest of Defendant Paul Baxendale-Walker and the United States Marshals is directed to take into and hold him in custody until such time as he purges his civil contempt of the March 11, 2015 Order (ECF 50); pays Plaintiff's $10,000 for attorney fees and costs; and, satisfies the outstanding amounts of the Court's $250 daily fines which total $237,500 as of October 16, 2017, plus $250 per day until satisfied.

It is further ORDERED, that Defendant Paul Baxendale-Walker is further sanctioned and shall pay to Plaintiff within 10 days of the date of this Order, $2,100 as compensation for attorney fees incurred in having to bring this Motion.

It is further ORDERED in the alternative that Defendant Paul Baxendale-Walker may purge his contempt by satisfying Plaintiff's judgment of $221,576.24 and $12,100 for attorney fees and

costs within 10 days of this Order in order to compensate Plaintiff for its losses sustained due to its inability to complete execution discovery and execute upon the assets Defendant Paul Baxendale-Walker, based upon his continued disregard of the March 11, 2015 Order (ECF 50) for him to provide full and complete responses to Plaintiff's discovery in aid of execution, which has prejudiced Plaintiff's ability to locate and collect against any assets.

_____
The Hon. Jeffrey L. Schmehl, J.